[No. 18100-2-II.   Division Two.   July 12, 1996.]
*In the Matter of the Estate of* RUTH W. SHERWOOD.

ESTATE OF RUTH W. SHERWOOD, *Respondent*, v.
MARIA E. GANYON, *in her individual capacity and
as her separate estate, Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-07733-1, Vicki L. Hogan, J., entered

March 10, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Turner, JJ.